ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAUL UVENCE, JUAN UVENCE, and TAI BUI<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-01415-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS RAUL UVENCE AND JUAN UVENCE'S CLAIMS AGAINST GEICO CASUALTY COMPANY** |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs RAUL UVENCE, JUAN UVENCE (collectively referred herein to as "Plaintiffs"), by and through their counsel, The 702 Firm, and Defendant GEICO CASUALTY COMPANY ("GEICO") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiffs' Complaint against GEICO *only*, in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

4850-3556-4590.1

Plaintiffs, Juan Uvence, Raul Uvence, and Tai Bui's claims will proceed against Defendant American Family Mutual Insurance Company.

DATED this 19th day of February, 2016.          DATED this 19th day of February, 2016.

THE702FIRM                                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Genevieve Romand*                                  */s/ Danielle C. Miller*

By: _____          By: _____
BRADLEY J. MYERS, ESQ.                              ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 008857                                   Nevada Bar No. 003062
MICHAEL C. KANE, ESQ.                                DANIELLE C. MILLER, ESQ.
Nevada Bar No. 010096                                   Nevada Bar No. 009127
GENEVIEVE ROMAND, ESQ.                       6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 013235                                   Las Vegas, Nevada 89118
400 S. 7th Street, Suite 400                              *Attorneys for Defendant*
Las Vegas, Nevada 89101                                *GEICO Casualty Company*
*Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED.

DATED February 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*GEICO Causalty Company*

4850-3556-4590.1                                   2