ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RAUL UVENCE, JUAN UVENCE, and TAI BUI<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-01415-JCM-NJK<br><br>**STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND TO STAY COURT PROCEEDINGS** |

Plaintiffs RAUL UVENCE, JUAN UVENCE and TAI BUI ("Plaintiffs") and Defendants GEICO CASUALTY COMPANY and AMERICAN FAMILY MUTUAL INSURANCE COMPANY ("Defendants")(collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiffs and Defendants have previously entered into a Stipulation and Order To Dismiss with Prejudice the Second and Third Causes of Action of Plaintiffs' Complaint, as well as Plaintiffs' claims for punitive and exemplary damages.

2. Plaintiffs' First Cause of Action for Breach of Contract, which is the only remaining cause of action, shall be resolved through binding arbitration in accordance with the terms of an Arbitration Agreement entered into by the parties.



4831-5378-9487.1

3. The Arbitration shall be conducted at a time, date and location that is agreeable to the Parties and the Arbitrator.

4. Pending the completion of the arbitration hearing, this matter shall be stayed.

5. The Parties expressly waive any right to trial by a judge or jury.

6. The Parties expressly waive any right to appeal from the Arbitrator's award or any order made by the Arbitrator.

7. The award of the Arbitrator shall constitute a final determination of the First Cause of action contained in Plaintiffs' Complaint (i.e., Plaintiffs' claims for underinsured motorist benefits under Defendants' policies of insurance);

8. Pursuant to the terms of the Arbitration Agreement, the Parties will, upon the execution of the Binding Arbitration Agreement, stipulate to dismissal of this action, with prejudice, reserving the right to this Court the authority to enforce the Agreement.

9. Pursuant to the terms of the Arbitration Agreement, the Arbitrator cannot award costs, interest, or attorneys' fees and the parties will bear their own attorneys' fees and costs.

10. The Arbitrator's fees shall be borne equally by the Parties as a non-recoverable item of costs.

DATED this 18th day of April, 2016.   DATED this 18th of April, 2016.

THE702FIRM   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Genevieve Romand*   By: */s/ Danielle C. Miller*
BRADLEY J. MYERS, ESQ.   ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 008857   Nevada Bar No. 003062
MICHAEL C. KANE, ESQ.   DANIELLE C. MILLER, ESQ.
Nevada Bar No. 010096   Nevada Bar No. 009127
GENEVIEVE ROMAND, ESQ.   6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 013235   Las Vegas, Nevada 89118
400 S. 7th Street, Suite 400   *Attorneys for Defendants*
Las Vegas, Nevada 89101   *GEICO Casualty Company*
*Attorneys for Plaintiffs*



1  DATED this 18th day of April, 2016.

2     HUTCHISON & STEFFEN, LLC

3     */s/ Scott A. Flinders*

4  By: _____
   SCOTT A. FLINDERS, ESQ.
5     Nevada Bar No. 006975
   Peccole Professional Park
6     10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
7     *Attorneys for Defendants*
   *American Family Mutual*
8     *Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED May 20, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

By _____
   ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
   DANIELLE C. MILLER, ESQ.
   Nevada Bar No. 009127
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Defendants GEICO*
   *Casualty Company*