```
1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   DANIELLE C. MILLER, ESQ.
3  Nevada Bar No. 009127
   Email: Danielle.Miller@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  GEICO Casualty Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RAUL UVENCE, JUAN UVENCE, and TAI BUI,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-01415-JCM-NJK<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF TAI BUI'S CLAIMS AGAINST GEICO CASUALTY COMPANY |
|---|---|

IT IS HEREBY STIPULATED and AGREED between Plaintiff TAI BUI ("Plaintiff"), by and through his counsel, The 702 Firm, and Defendant GEICO CASUALTY COMPANY ("GEICO") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff's Complaint against GEICO in the above-entitled action shall be dismissed, with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

4823-9790-1117.1

each party to bear their own attorneys' fees and costs.

DATED this \*\* day of December, 2016.    DATED this \*\* day of December, 2016.

THE702FIRM                                LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ [signature]                           /s/ Danielle C. Miller

By: _____                By: _____
BRADLEY J. MYERS, ESQ.                    ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 008857                     Nevada Bar No. 003062
MICHAEL C. KANE, ESQ.                     DANIELLE C. MILLER, ESQ.
Nevada Bar No. 010096                     Nevada Bar No. 009127
GENEVIEVE ROMAND, ESQ.                    6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 013235                     Las Vegas, Nevada 89118
400 S. 7th Street, Suite 400              *Attorneys for Defendant*
Las Vegas, Nevada 89101                   *GEICO Casualty Company*
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED March 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*GEICO Causalty Company*