# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAUL UVENCE, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>GEICO CASUALTY COMPANY, et al.,<br><br>        Defendant(s). | Case No. 2:15-cv-01415-JCM-NJK<br><br>ORDER |

The parties are hereby **ORDERED** to file, no later than January 5, 2018, a joint status report regarding arbitration.

IT IS SO ORDERED.

DATED: December 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge