Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant American*
*Family Mutual Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAUL UVENCE, JUAN UVENCE, and TAI BUI,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-01415-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiffs Raul Uvence, Juan Uvance and Tai Bui and the Defendant American Family Mutual Insurance Company in the above referenced case, through their attorneys of record, that the Plaintiffs' claims against the Defendant American Family Mutual Insurance Company be dismissed with prejudice. There is no trial date set for this matter, as this matter had been stayed due to the parties agreeing to a binding private arbitration. Jury fees, if any, shall be refunded to HUTCHISON & STEFFEN, LLC; each party to bear his/her own attorneys fees and court costs.

///

Raul Uvence, et al v. American Family Mutual Insurance Company, et al
Case No.2:15-cv-01415-JCM-NJK
Stipulation and Order for Dismissal with Prejudice

Dated this 3rd day of January, 2018

THE 702 FIRM

Genevieve Romand, Esq.
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

Dated this 3 day of January, 2018

HUTCHISON & STEFFEN, LLC

Scott A. Flinders (6975)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorney for Defendant American Family Mutual Insurance Company*

## ORDER

Pursuant to the foregoing stipulation and agreement of the parties,

**IT IS SO ORDERED** that the Plaintiffs' claims as against Defendant American Family Mutual Insurance Company in the above entitled action are hereby dismissed with prejudice;

**IT IS FURTHER ORDERED** that jury fees, if any, shall be refunded to HUTCHISON & STEFFEN, LLC; each part will bear his/her/their own attorney fees and court costs.

Dated January 9, 2018.

_____
U. S. DISTRICT COURT JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, LLC

_____
Scott A. Flinders (6975)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorney for Defendant American Family Mutual Insurance Company*